

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2019

No. 04-19-00747-CR

**IN RE** John Michael **POPE**

Original Mandamus Proceeding[1]

**ORDER**

On October 23, 2019, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on November 13, 2019.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2019.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018-CR-12867, styled *The State of Texas v. John Michael Pope*, pending in the 437th Judicial District Court, Bexar County, Texas, the Honorable Lori I. Valenzuela presiding.